1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                                    DISTRICT OF NEVADA

7                                            * * *

8    ARMAGOSA ENTERPRISES LLC, etc.,     )

9                    Plaintiff,          )          2:11-cv-467-RLH-RJJ
                                         )
10   vs.                                 )
                                         )
11   AMERICAN BORATE COMPANY,            )          O R D E R
     etc., *et al.*,                     )
12                                       )
                    Defendant,           )
13                                       )
     _____)

14          This matter was submitted to the undersigned Magistrate Judge on Defendant's Motion to

15   Postpone Settlement Conference (#13).

16          The Court having reviewed the Motion (#13) and good cause appearing therefore,

17          IT IS HEREBY ORDERED that  Defendant's Motion to Postpone Settlement Conference

18   (#13) is **GRANTED**.

19          IT IS FURTHER ORDERED that the settlement conference scheduled for September 29,

20   2011, is VACATED and **RESCHEDULED to October 25, 2011, at 1:30 PM** in Courtroom 3D,

21   3d floor, United States District Court, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

22          IT IS FURTHER ORDERED that settlement conference briefs are due on or before

23   October 18, 2011.

24          IT IS FURTHER ORDERED that all other settlement conference requirements as set

25   forth in the Court's previous Order (#12) remain unchanged.

26          DATED this __27th__ day of September, 2011.

27

28   _____
     ROBERT J. JOHNSTON
     United States Magistrate Judge