**SAO**
WILLIAM H. STODDARD, SR., ESQ.
Nevada Bar No. 001477
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
(702) 384-7111
fax: (702) 384-0605
email: whs@albrightstoddard.com
email: dca@albrightstoddard.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARMAGOSA ENTERPRISES LLC, a Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BORATE COMPANY, a California General partnership, and DOES I through X, inclusive,<br><br>Defendant. | CASE NO.   2:11-cv-00467-RLH-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this suit, by and through their undersigned counsel that the Plaintiff's claims against Defendant shall be and the same are hereby dismissed with prejudice with each party to bear their own attorney's fees and costs incurred herein.

DATED this _31_ day of October, 2011.

**BOGGESS & HARKER**

Michael J. Harker, Esq.
Nevada Bar No. 005353
5550 Painted Mirage Road, Suite 255
Las Vegas, Nevada 89149
*Attorney for Plaintiff*

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

William H. Stoddard, Sr., Esq.
Nevada Bar No. 001477
D. Chris Albright, Esq.
Nevada Bar No. 004904
801 south Rancho Drive, Ste. D-4
Las Vegas, Nevada 89106
*Attorneys for Defendant*

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims in the above-entitled matter be and the same are hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

DONE AND ORDERED this 1st day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

_____
WILLIAM H. STODDARD, ESQ.
Nevada Bar No. 001477
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
801 South Rancho Dr., Suite D-4
Las Vegas, NV  89106
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and that on the ___31___ day of October, 2011, I placed a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in a sealed envelope with postage fully prepaid thereon, via first class mail, in the United States Mails, at Las Vegas, Nevada, addressed to the following:

Michael J. Harker, Esq.
BOGGESS & HARKER
5550 Painted Mirage Road, Suite 255
Las Vegas, Nevada 89149
*Attorney for Plaintiff*

_____
An Employee of Albright, Stoddard, Warnick & Albright